IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:15CR3078-2 |
| | ) | |
| V. | ) | |
| | ) | |
| PATRICK WIGLEY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that the defendant's motion for leave to proceed in forma pauperis (filing no. 111) is granted.

DATED this 1st day of March, 2016.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge