IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:15CR3078 |
| v. | ) | |
| PATRICK WIGLEY, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that this matter is continued until further order of the court. When the appeal has been concluded, counsel for the government shall notify my judicial assistant so that a hearing date may be set on the pending Rule 35(b) motion.

DATED this 9th day of February, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge