IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>PATRICK WIGLEY,<br><br>               Defendant. | **4:15CR3078**<br><br>**ORDER** |

    IT IS ORDERED that Plaintiff shall respond on or before November 4, 2020, to Defendant Wigley's response/objection (Filing 216) to the undersigned's Order dated October 14, 2020 (Filing 215).

    Dated this 21st day of October, 2020.

                                                  BY THE COURT:

                                                  *Richard G. Kopf*

                                                  Richard G. Kopf
                                                  Senior United States District Judge