IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>PATRICK WIGLEY,<br><br>                Defendant. | 4:15CR3078<br><br>**MEMORANDUM AND ORDER** |

      Defendant Wigley has filed a handwritten objection to the Bureau of Prisons' freezing of his inmate trust account. (Filing 216.) The government has responded. (Filing 218.) I agree with the government. Therefore,

      IT IS ORDERED that Defendant Wigley's motion (Filing 216) is granted in part and denied in part, in that Defendant Wigley is allowed to retain $300 from the funds currently frozen in his inmate trust account but the Bureau of Prisons shall remit the remaining $1,328.12 to the Clerk of the Court to be applied to the Defendant's restitution obligation.

      Dated this 2nd day of November, 2020.

                                                          BY THE COURT:

                                                          *Richard G. Kopf*
                                                           Richard G. Kopf
                                                           Senior United States District Judge