IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>PATRICK WIGLEY,<br><br>　　　　　　Defendant. | 4:15CR3078<br><br>**ORDER** |

Construing Filing 220 as a motion, and after careful consideration,

IT IS ORDERED that Filing 220 is denied.

Dated this 27th day of April, 2021.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　*Richard G. Kopf*
　　　　　　　　　　　　　　　　　　Richard G. Kopf
　　　　　　　　　　　　　　　　　　Senior United States District Judge